| | | |
|---|---|---|
| Affiant: | Carlton Bruce, Northern<br>C/O 19240 Lumpkin Street<br>Detroit Michigan 48234 | Dated: January 26, 2009 |
| Respondents: | Hillary Rodham Clinton<br>D/b/a Secretary of State<br>2201 C Street, NW<br>U.S. Department of State<br>Washington D.C. 20520-6810 | Case:2:10-mc-50440<br>Judge: Borman, Paul D<br>MJ: Majzoub, Mona K<br>Filed: 04-12-2010 At 12:24 PM<br>OTH BRUCE V. CLINTON ET AL (DA) |
| | Terri Lynn Land<br>D/b/a Michigan Secretary of State<br>Michigan Department of State<br>Office of the Secretary<br>Lansing, MI 48918 | |
| | Michael Cox<br>D/b/a Michigan Attorney General<br>Cadillac Place 10th Floor<br>3030 W. Grand Blvd.<br>Detroit, MI 48202 | |

Michigan        )
                ) ss
County of Wayne )

Affidavit of Truth

Notice of Withdrawal of USA Citizenship
Declaration of Independence
Repudiation of Presumption of Jurisdiction by USA or any entity operating under its authority

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

FOR AND ON THE RECORD

TAKE NOTICE: KNOW YE ALL BY THESE PRESENTS

The purpose of this Affidavit is to create an enforceable and binding contract between parties.
Parties: a.  Carlton Bruce, Northern ARR, an indigenous Man, EIN # 379624244, exempt from levy and,
        b.  The USA, all sub-corporations, agents and persons holding offices of trust or profit under the USA.

1. Indigenous Affiant is competent to state to the matters included in these Declarations and Notices and has knowledge of the facts, and hereby declares that to the best of Affiant's knowledge and belief that the statements made in this affidavit are true, correct, complete, not meant to mislead and tendered in accordance with the Maxim of Law that provides that Truth is expressed in the form of an affidavit.

2. An unrebutted affidavit is presumed to be true
Respondent(s) is/are required to timely respond to and to rebut the truths expressed in each paragraph, categorically and on a point for point basis with an affidavit that is signed and sworn to on respondent's

commercial liability and witnessed by a third party public witness, e.g. notary public, or other person qualified to attest to foreign bills or the matters expressed in this Affidavit that rebuts this Affidavit, or, the truths expressed in this affidavit shall constitute the final truth and a commercial judgment against the USA, all sub-corporations of the USA, all governmental units, agents and agencies or others holding offices of trust or profit or trust under the USA.

**Actual and constructive notice of indigenous status**
3. Indigenous Affiant gives actual and constructive notice of his indigenous status and states that he is an indigenous inhabitant living on ancestral lands and that by virtue of that status and authorities arising from customary and treaty based international law, including international human rights law, he is exercising his fundamental human right to self-determination. This right includes but is not limited to:
   a. Affiant's right to identify himself as a free sovereign indigenous man and political power holder and to be recognized as such,
   b. Affiant's right to declare his independence from the USA, which is the colonial authority that the respondent(s) is/are operating under.
   c. Affiant's right to demand that the USA, fulfill its customary and treaty based obligations to promote and protect Affiant's universally recognized human rights and fundamental freedoms.

**Declaration of Independence**
4. Indigenous Affiant declares independence from the USA and all sub-corporations thereof, and heretofore, herein and hereafter claims absolute power, authority and control over himself, without limitation, and herein states, for the record, that he is a free, sovereign indigenous peoples man who is entitled to all rights, protections and freedoms accorded by or found in the United Nations Declaration on the Rights of indigenous Peoples, including the Right to identify himself as indigenous and to be recognized as such.

   a. Truth – you have an obligation to obey the law and are required to cease and desist from the exercise of any power that is incompatible or inconsistent with this Declaration.
   b. This matter is therefore settled. Respondent(s) is/are collaterally estopped from exercising any legislative, executive, or judicative power over the Affiant, or members of his family, without their free, informed and written consent, and that is inconsistent with principles of international law as stated in the United Nations Declaration on the Principals of International Law Concerning Friendly Relations Among States in Accordance with the Charter of the United Nations, pending your establishment of proof of claim that I am subject to the jurisdiction of the USA, or persons holding offices of trust or profit under the united States.

5. Indigenous Affiant invokes, as a matter of Right, the protections accorded to him by virtue of his former colonial status. Affiant asserts that he is one of the people identified in, and granted independence by, the provisions of the United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples, in its entirety, and specifically at Article 5, which provides that immediate steps shall be taken in trust and non self governing territories and all other territories that have not yet attained independence to transfer all power to those designated as colonial peoples.

**Self-determination**
6. I claim the fundamental human right of a Sovereign, Free, Indigenous Human Being to repudiate your claims of power over me, the man on the land, and I herein and hereafter inform you that that I am responsible for my debts only. I do not honor nor do I accept the compelled liability arising out of any contract or agreement existing between the State and the REAL PARTY IN INTEREST, my transmitting utility, and I demand that you cease to exercise any powers that were reserved to you under the colonial system of apartheid and slavery initiated in, and being practiced by persons holding offices of trust or profit under the USA and its agents to oppress and to repress the indigenous peoples of this land.

7. I require you to transfer to me all power or presumptive power that you have exercised over me, the free sovereign indigenous man and political power holder and I require that you comply with the provisions of the FOIA, 5 USC 552, and the Privacy Act 5 USC 552a, and provide me with copies of all records, all

notes, all preparatory notes and all files containing information about me, of whatever nature, and from any source, whether stored in data bases or as physical records, made by any creature of the USA, that identifies me or that contains identifiers that relate to me. This information must be posted to the location provided below. Please note that I restate my claim of independence from the USA and/or it's designees, and I require that Respondents comply with their obligations arising therefrom.

8. I refuse for fraud and without dishonor as per UCC 3-505 and without recourse to myself, or other members of the indigenous family unit that I am a member of, the compelled liability arising out of any commercial contract or agreement that we do not enter into voluntarily, intentionally, and knowingly. I refuse to act as surety for, or forced liability of a statutorily created and fictitious entity (CARLTON NORTHERN).

9. Please take note of the Maxim of Law that provides that "all men are equal before the law" and that "no one is above the law".

Respondent(s) are not above the law, have a duty to obey the law, and, have sworn a solemn oath to obey the law and are required to promote and protect human rights recognized in the international law instruments cited herein and must accept the commands given to promote and protect the universally recognized human rights and fundamental freedoms.

10. I accept for value and consideration the obligation of all persons holding an office of trust under the united States to perform under customary human rights law and I extend this obligation to include, but not to limit to, obligations arising out of treaty based international law, including but not limited to international human rights law; and, I accept the competence of any international tribunal to resolve conflicts between the USA and myself while strictly denying to any court of the USA the power to usurp my judicative rights or to entertain any action wherein I am conscripted to perform and bound by an involuntary contract. The respondent(s) stipulate to this acceptance and agree that they accept commercial liability, in their private capacities, for any violations of customary or treaty based international law.

11. Affiant requires the Respondent(s) to specifically perform under the following instruments:
    a. The Charter of the United Nations Charter, and, the Universal Declaration of Human Rights, the International Covenant on Civil and Political Rights, the Declaration on the Principles of International Law Concerning Friendly Relations Among States In Accordance with the Charter of the United Nations, the Convention on the Prevention and Punishment of the Crime of Genocide, the International Convention on the Suppression and Punishment of the Crime of Apartheid, and all other Declarations, Resolutions, Agreements, Covenants, Conventions arising therefrom, without limitation.
    b. The Charter of the Organization of American States, the American Declaration on the Rights and Duties of Man, the American Declaration o the Rights and Duties of Man, the Inter-American Declaration on the Rights of Indigenous Peoples, and, All Declarations, Resolutions, Agreements, Covenants, Conventions arising therefrom.
    c. ALL other International Human rights law protects the rights of indigenous people.

12. You are hereby notified that any exercise of power that is not specifically delegated to the Respondent(s) responsible for, or participating in, any activity that infringes on my rights, or the rights of my family members, leaves those engaging in such infringements personally liable at commercial law for the torts committed, and is an acknowledgement that you are aware of the limitations on your delegated powers and are acting outside of the scope of any delegated powers and that any exercise of power makes me the victim of the crime of abuse of power, and that I will use all commercial modalities available to me, to extract procurement of amounts incurred as a result of your failure to comply with the Maxims of Law, the Bankruptcy Code, the UCC, or international law as set forth in the list of instruments that I have accepted for value and consideration and which impart to all agents of the USA an obligation to perform thereunder, and for sums you owe us for violating civil and criminal laws.

13. Affiant declares that at no time during the course of his life, through his words, actions, or inactions, has he willingly, knowingly, intentionally, or voluntarily requested or accepted benefits from the United

States or its subdivisions, including but not necessarily limited to, United States citizenship, State of Michigan residency.

14. Affiant hereby timely withdraws each and every mistaken or presumed request or acceptance of benefits granted by the United States or its subdivisions.

15. Affiant hereby gives Notice of withdrawal of actual or constructive national citizenship of Affiant.

16. Affiant hereby gives Notice that Affiant is an indigenous individual and part of an indigenous community living on the Lands invaded and claimed by the USA, and subject only to indigenous law and jus cogens.

17. Affiant hereby gives Notice to those that have violated his rights and those that are violating his rights and all persons that violate his rights in the future do agree that they incur commercial liability in the amount of $10,000,00 per violation, per each day that the violation has existed, exists, or comes into existence in the future.

Further Note that the terms of this agreement shall come into force with your silence.
Your silence is your acceptance of the provisions of this affidavit and authorizes the Affiant to:
    a. File a commercial lien against any person, resident, or citizen of the USA or of one of the several states, in both your public and private capacities for violations of this Agreement, in the Office of the Secretary of State for your State, and after the commercial grace period of 90 days has expired, to cause the Secretary of State to issue UCC 9 documents that instruct the sheriff to seize the liened property and transfer the same to the ownership and control of the Affiant and give the seized property to the Affiant in a partial or total discharge the debt, based upon that amount be deducted from the total liability. Seizure will occur at the behest of the Affiant and the Respondent(s) agree to the termination of ownership and to the transfer of same to the ownership and control of the Affiant.
    b. Bring a chapter 7 involuntary bankruptcy petition against you in a foreign jurisdiction and thereafter to liquidate your holdings at the direction and behest of the Affiant.
    c. Seek judicial enforcement of commercial judgment incurred as a result of infringement upon my sovereign right to self-determination.

18. Affiant hereby gives Notice that Affiant demands that the USA declare as criminals those persons, organizations groups that use force or the threat of force to subject me to violations of the provisions of 18 USC 1091, as per the provisions of the Convention on the Prevention and Punishment of the Crime of Genocide and the Convention on the Suppression and Punishment of the Crime of Apartheid.

19. Affiant hereby gives Notice of Withdrawal of State of Michigan Residency.

20. Affiant hereby demands Proof of Claims of Jurisdiction, Power or control over this indigenous human Being, or his immediate or extended families that is consistent with obligations incurred by you under the United Nations Declaration on the Principals of International Law Concerning Friendly Relations Among States in Accordance with the Charter of the United Nations and the United Nations Declaration on the Rights of indigenous Peoples.

21. Demand for Proof of Claim that Respondents are immune from obligations arising out of customary and treaty based human rights law.

22. Reservation of Rights as per UCC 1-207 or other applicable statutes, rules or regulations existing in domestic, customary and/or treaty based international law, including international human rights law:
I reserve my right not to be compelled to comply with the provisions of any regulation, rule, statute, resolution or other regulatory pronouncement or edict, from any colonial source, that assigns to itself, or others, any power or authority to interfere with my free exercise and full and effective enjoyment of any universally recognized human right or fundamental freedom I refuse to honor, or to accept, the compelled liability arising out of any commercial contract or agreement.

23. This is a Commercial Affidavit and an expression of the Affiant's truth that is made under the rules that govern commercial transactions. The Maxims of Law:
    a. A workman is worthy of his hire.
       Affiant is a workman and is worthy of his hire to provide for himself and family
    b. All are equal before the law,
       Affiant claims that he is equal before the law and asserts that this equality permits him to make this affidavit and to require a response from the respondent(s). I claim this right.
    c. In Commerce Truth is sovereign.
       I acknowledge that truth is sovereign and I claim the right to require that the USA and those claiming authority over me act in accordance with this Maxim and respond, truthfully, to this Demand for proof of authority, jurisdiction, power or control over me and my family, and, I require that you provide me a Full Accounting of all accounts that use or include the ssn# 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.

    d. Truth is expressed in the form of an affidavit.
       I claim the right to express this truth and respondent(s) must select one of the following options
         1. To accept this truth, or,
         2. To rebut it, or,
         3. To accept commercial liability for failing to rebut this affidavit.
         4. No other options are commercially acceptable to the Affiant or valid at international law. Please do not call, write or attempt any other communication that is inconsistent with the intent stated herein and the rules of commercial law. Failure to comply incurs commercial liability.

    e. An unrebutted affidavit stands as truth in commerce
       Respondent(s) failure to rebut this affidavit means that the USA, the Principal, and all others, the Agents, et al, agree that the matters expressed herein are true and correct and that they accept commercial liability when infringing upon indigenous rights.

    f. An unrebutted Affidavit becomes the judgment in commerce
       Should you fail to rebut this affidavit then its provisions are a commercial judgment against you.

    g. In commerce for any matter to be resolved it must be expressed.
       He, who does not deny, admits. You have claimed the right to regulate me and my activities and I require you to prove that such power exists and you have the power to regulate non-commercial, indigenous people and your failure to rebut is your admission that this matter is expressed in and resolved by this affidavit.

    h. He who leaves the battlefield first loses by default.

       Your failure to rebut this affidavit means that you have left the battlefield first and are thereafter collaterally estopped from seeking to force me to perform under any contract or agreement that I did not enter into voluntarily, intentionally and with full knowledge.

    g. Sacrifice is the measure of credibility (no willingness to sacrifice = no liability), responsibility, authority or measure of conviction. Your failure to rebut is an admission that the truths stated in this affidavit constitutes a contract with the USA and its agents to promote and protect our rights and this means that:
         1. I have no liability and no responsibility to accede to your demands or to answer or respond to any communications from you;
         2. You have no authority to maintain records that infringe on my right to privacy,
         3. You have no authority to exercise jurisdiction, power or control over me.

    4. You have no measure of conviction that you are operating lawfully or legally when you maintain records or disseminate information that relates to or identifies me, a non-commercial indigenous human being as a corporate entity.

    5. Indigenous peoples do not fall within the scope of the authorities granted to you under the commerce clause that give you the authority to maintain records on me.

    6. Respondent(s) have no authority to interfere with the free exercise of, and full and effective enjoyment of, my fundamental human rights.

    7. This unrebutted affidavit shall constitute <u>My Treaty publication</u> and is made pursuant to the provisions of the Vienna Convention on the Law of Treaties and is your agreement to fulfill your obligations under this Treaty Publication, jus cogens and the provisions of the following international agreements, treaties, covenants, conventions, declarations and resolutions: This treaty publication shall come into force upon your receipt of this affidavit and is initiated by your acceptance and silence.

24. The provisions of the included list of Instruments of International Law shall govern any claim that is made against me by the USA, or by one of its creatures, and is an invalidation of any prior or existing claim or presumption of claim, and a repudiation of all claims of authority, jurisdiction, power and control over Me and constitutes a Demand for A Bill of Particulars which Contains a Full Accounting of all Accounts held by the USA, or entity operating under it's authority or subject to its jurisdiction, that contains SSN#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, or other personal identifiers.

25. Your Bill of particulars, Demand For A Full Accounting, of all above referenced accounts must document and provide proof of claims for each exercise of jurisdiction that has occurred, is occurring, or which will occur in the future:

    a. Proof of your personal authority to derogate from customary international law or the provisions of Treaties and/or other international human rights instruments that the USA is party to and which obligate the USA and it's creatures and requires them to promote and protect my universally recognized human rights and fundamental freedoms, including, but not limited to, my Right to Self Determination.

    b. Proof that you are operating under a valid authority that the Affiant is subject to and that complies with the provisions of the United Nations Declaration on the Principals of International Law Concerning Friendly Relations Among States in Accordance with the Charter of the United Nations.

    c. Proof in the form of a Certified, signed copy of the Delegation of Authority Order that identifies the claimant sub-corporation, agent, representative or other creature of the USA, or the USA, by name and title, that authorizes the claimant to exercise jurisdiction, power or control, over this indigenous Affiant or members of his family, or, other indigenous peoples.

    d. A Certified Copy of the proof that claimant is permitted to deny the Affiant and his family the equal protection of the laws of the USA or to use force and/or the threat of force, to compel him to enter into commercial contracts or agreements that deny him the free exercise of, and the full and effective enjoyment of, universally recognized human rights and fundamental freedoms, including but not limited to, the fundamental human right to travel, freely and unencumbered, throughout this Land, or, the right to privacy which includes within its scope the right to be free of undue and unlawful interference with such rights and that support your claim that you can compel me to comply with statutory or other regulatory provisions that govern corporate entities despite my non corporate status.

    e. An affidavit rebutting the claims made in this affidavit. Your affidavit must be made according to the Rules of Commercial Law, as Stated in the Maxims of Law, and, must be signed by the person making claim of jurisdiction, power or control over me, and, must be subscribed and sworn to on the claimant's personal commercial liability, and witnessed by a competent third party public witness such as a Notary Public, or Other qualified to note foreign bills.

    f. Proof that you are authorized to maintain records on me or my family without our prior written and informed consent.

**26. Denial of corporate Status**
I deny that any creature of the USA, or other alien entity, is vested with power to interfere with my life or to infringe on the free exercise of universally recognized human rights and fundamental freedoms recognized in international law and I require that the respondents comply with the Maxims of Law and the general rules of commercial law, the Bankruptcy Rules provided for by and in the Bankruptcy Code, 11 USC, and I require that all claims of power over me or other members of my family be supported by commercial affidavit that is sworn on the commercial liability of the person or persons making any claim against us that substantiates the authority of the claimant to make any claims over us because we are non-corporate peoples and not subject to regulation by any commercial agreement and we conditionally accept the presumption that you are acting under a valid power and that indigenous peoples are subject to the jurisdiction of the Agency or entity making a claim against us.

27. Notice of obligation of all persons holding an office of trust or profit under the USA to obey the law, including, but not limited to, jus cogens and treaty based international law, including, but not limited to, international human rights law.

The USA is bound by the terms of the United Nations Charter, and the Charter of the OAS, and is bound by the specific terms of these instruments to promote and protect the rights of indigenous peoples that are enumerated in the declarations, resolutions and agreements arising from those bodies.

**28. Notice to executive agencies and executive agents or other making claim against a debtor.**

a. You are required to submit to the Affiant a Response/cross-claim to this Affidavit of Truth that rebuts the claims herein, categorically, and on a point for point basis, and are collaterally estopped from proceeding in any matter regarding my family members or myself without our prior written and informed consent, prior to the adjudication or disposition of this Affidavit/Counter-claim as mandated by 11 USC 7013, see Rule 13(a) where this Affidavit constitutes a counterclaim and a rebuttal of the presumption that you are authorized by any law, rule, resolution, or other, to maintain records on me/us/indigenous peoples or to interfere with my privacy.

b. You must cite, for the official record, the authority that allows you, the Executive Agency or Agent, to regulate the conduct and activities of indigenous peoples, and you must also offer proof that demonstrates that the Affiant is one of the persons found or included within the scope of persons that the executive authority, that empowers you, is empowered to regulate, and you must swear on your commercial liability that the information is true and your affidavit must be witnessed by a third party public witness.

c. You may not interfere with, monitor us or interfere with my/our privacy and you are required to inform all persons seeking information about us that there is no basis for such exchange and that transmittal of same constitutes a violation of my Fundamental Human Right to Privacy and a criminal conspiracy to deny equal rights and a deprivation of rights as described in 18 USC 241 and 242.

d. Rule 8(d) of the Civil Rules of Procedure and the Maxim of Law provides that an unrebutted affidavit is presumed to be true in commerce. If you fail to answer this affidavit with a rebuttal affidavit then you and Your Principal shall be deemed to be in Commercial Dishonor and this Affidavit shall constitute a judgment against you.

29. This Affidavit specifically rebuts any presumption that you may interfere with human rights or that you are immune when you fail to honor your obligations under Executive Order 13107, Implementation of Human Rights Treaties, or international law instruments, including human rights instruments which specifically deny to you any power to interfere with my/our individual or collective rights as indigenous peoples.

30. Please Note the limitations to your power. The USA and all of its sub-corporations are Bankrupt and the provisions of the Bankruptcy prevent you from requiring me to place myself under your authority and any attempt to do so is considered an act of genocide and a violation of the Rules of the Bankruptcy 11 USC.

31. Affiant is not a bankrupt, is not bankrupt, and is not subject to commercial regulation per the terms of the bankruptcy. Affiant is not a slave, see Thirteenth Amendment, and the USA does not act under any legitimate authority, and may not grant to any of its creatures commercial immunity when they violate my/our universally recognized human rights and fundamental freedoms or when they subject me/us to alien subjugation, domination and exploitation by granting to themselves the power to derogate from international law instruments and to commit war crimes and crimes against humanity, inter alia, interfering with the civil, political, economic, social rights of indigenous peoples or by violating the provisions of international law enshrined in the Certified, Convention Against Torture, Cruel, Inhuman an Degrading Punishment, and other criminal statutes.

32. You are hereby notified that pursuant to the provisions of 11 USC 502, I object to any presumption of jurisdiction arising out of 11 USC 501 or 105(a) and I inform you that there are no grants of power that allow you to interfere with my rights and that under 11 USC 106(a) the USA and all governmental units have made a waiver of sovereign immunity. This means that the person or persons seeking to interfere with my rights or that disseminate information about me or maintains databases that contain information that I have not specifically authorized in writing prior to the collection, release or dissemination of that information is a commercial dishonor. Just and equitable restitution is and will be demanded from the res for the unlawful use, or publication, by any medium, of my name.

Note that Respondent(s) have no internationally recognized or delegated power to interfere with the rights of indigenous peoples and you are subject to official sanctions and incur civil and commercial liability for all acts of commission or omission that damage me.

33. Affiant is an indigenous individual, as that term is defined in international law, including, but not limited to, international human rights law, and is the First Creditor, Secured Party, Superior Claimant, Holder in due course, and holds a priority lien hold interest on all property, real and private, tangible and intangible that is owed to or held in the name of or for the benefit of Carlton Bruce Northern, previous Organization #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 evidenced by this Affidavit and Notice, the provisions of the Universal Declaration of Human Rights, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples, the United Nations Declaration on the Rights of Indigenous Peoples, the Inter-American Declaration on the Rights of Indigenous Peoples, and the Vienna Declaration and Programme of Action, and ILO Convention 169.

34. Affiant is not a sub corporation of the USA and does not voluntarily surrender to the USA or any sub corporation thereof, the power to classify him as a corporate entity or to use such classification as a pretext for interfering with his free exercise of, and full enjoyment of, any of the universally recognized human rights and fundamental freedoms found in customary and treaty based international law, including human rights law.

**NOTICE OF NON-COMMERCIAL STATUS**
35. Affiant is not a CORPORATE ENTITY, and under UCC 2-608 herein rebukes, repudiates and revokes all claims or presumptions that he is a corporate entity or that he has voluntarily, intentionally or knowingly sought corporate status, and where such status was sought or acquired, repudiates all such acceptances because of lack of full disclosure and fraud in the factum.

36. Please take Notice that you do not have any power over me because you are operating under grants of power emanating from the Commerce Clause of the Constitution for the united States of America and are therefore bound by its provisions and by the provisions of international law, and by Title 11 of the USC, cited as the Bankruptcy Code, which has required you to relinquish any claim that you might wish to resort to asserting that you have sovereign immunity or that you are not commercially liable when engaging in any act of commission or omission that deprives me of any Right or Freedom.

I will not argue with you or dishonor you in any way and I am submitting this affidavit as proof that I have apprised you of my non-corporate status and informed you that you must submit proof of claim that authorizes you to derogate from the provisions of international law.

**NOTICE OF PERSONAL LIABILITY**

37. You are required to file this document and to report to all inquirers that I am not a corporate entity and that I am not subject to the rules that regulate corporations and that each inquiry that uses my name is an unlawful interference with my internationally recognized human rights and fundamental freedoms.

38. If you fail to comply with this demand and continue to disseminate information relating to Carlton Bruce Northern, then each person or resident or citizen of the USA or of one of the 50 states, agrees to accept personal commercial liability in the amount of $10,000.00 for each tort or violation of law, including but not limited, to wire fraud and/or mail fraud, extortion of rights, conspiracy to deprive rights, or other infringement upon or interference with my rights, or to pay the actual amounts provided for at law, including international criminal law, whichever sum is the greater, for every individual act, singly and multiple payments when more than one act is committed or omitted, and, each state actor or person acting with, conspiring in the commission of, aiding, or abetting or in way complicit in the interference with my rights and each of you, publicly and privately are subject to the judgments of this affidavit.

39. And you also agree to name me as your settlor and authorize me to settle the commercial liability/obligation that you incur when committing an act prohibited in this affidavit, or by customary and treaty based international law to file a UCC 1, Financing Statement and commercial lien against you, the perpetrator, or to bring a Chapter 7 involuntary bankruptcy action against you in a foreign jurisdiction and thereafter liquidate all your possessions to satisfy this debt.

40. You are given a time of 14 days, exclusive of the day of service; an opportunity to respond to rebut this Affidavit or to accede to it provisions; and a place to post your response to. Your response must be posted to me at this location:

>  Carlton Bruce, Northern
>  C/o Notary Acceptor
>  Herman R. Williams
>  P.O. Box 116
>  Southfield, Michigan  48037

And, an opportunity to do so and your failure to rebut the claims made herein shall constitute your tacit agreement that the claims are true and your acknowledgment that we agree on all points and we further agree that respondents agree not to interfere with Affiant's privacy in the future and that you:
   a. Have no authority of me or any member of my indigenous family that we are obligated to recognize or perform under,
   b. Are required to fulfill your commercial obligation to cease and desist from interfering with the free exercise and full and effective enjoyment of any universally recognized human right or fundamental freedoms, and,
   c. That you will promote and protect these rights.

41. Upon Acceptance and silence the provisions of this affidavit shall constitute a binding contract between all parties, i.e., the Affiant and the USA and it agents, and an agreement that:
   a. The USA, it's sub-corporations, and all persons, residents or citizens of the USA of the several states shall cease and desist from any activity that infringes upon Affiant's free exercise of, and full and effective enjoyment of all universally recognized human right or fundamental freedom.
   b. That the USA acknowledges my independence and my sovereign right to self-determination.
   c. That I am not one of the persons identified in 1 USC 1 or 11 USC 109.
   d. That I am a living man and that living men are not subject to regulation by commercial statutes intended to regulate creations of the State.

The Provisions of this Affidavit do not alter or modify the Security Agreement existing between Carlton Bruce, Northern and his Transmitting Utility for the Real Party In Interest CARLTON NORTHERN.

Notice of Intent

Affiant will hereafter use all appropriate negotiable instruments existing in HJR 192 to Discharge All Public Debts.

YOU HAVE BEEN NOTIFIED

Should you consider my position in error…

Further Affiant sayeth not.

Dated this 26th day of January 2009

For: Carlton Bruce, Northern ARR by
EIN # 37962424
Exempt From Levy

By: Denise Geraldine, Northern ARR
Indigenous woman
Authorized Representative UCC 3-402(b)
EIN # 367605510
Exempt From Levy
C/o 19240 Lumpkin Street
Detroit, MI  48234

Michigan          )
                  ) ss             ACKNOWLEDGEMENT
County of Wayne )

I, Herman R. Williams, a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his Authorized Representative Denise Geraldine, Northern ARR, appear before me and execute the foregoing.  Witness my hand and seal this 26th day of January 2009.

Herman R. Williams                  03-31-2011
Notary Public                       Commission expires
P.O. Box 116
Southfield, Michigan  48037

HERMAN REGINALD WILLIAMS
Notary Public, State of Michigan
County of Oakland
My Commission Expires Mar. 31, 2011
Acting in the County of Wayne County

Cc-Certified copy sent to each of the following with Certificate of Service: